No. 884. TRAYLOR ENGINEERING AND MANUFACTURING COMPANY *v.* WORTHINGTON PUMP AND MACHINERY CORPORATION. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frank B. Fox, Henry N. Paul* and *George Wharton Pepper* for petitioner. *Mr. James Rice* and *Mr. Chas. H. Hawson* for respondent.

———

No. 886. LOUIS BROWNSTEIN ET AL. *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *The Attorney General* for the United States.

———

No. 889. ALDEN W. BOHM *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. March 9, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. F. M. Miner* for petitioner. *Mr. F. W. Root* and *Mr. O. W. Dynes* for respondent.

———

No. 890. CHRISTINA M. HOEFFNER, AS ADMINISTRATRIX, ETC. *v.* NATIONAL STEAMSHIP COMPANY. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. C. S. Mauk* for petitioner. *Mr. Joe Crider, Jr.* and *Mr. J. Hampton Hodge* for respondent.

———

No. 895. C. W. JOHNSON, TRUSTEE IN BANKRUPTCY OF JOHNSON & COMPANY, BANKRUPTS *v.* SALLIE B. DUNCAN. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.